# United States District Court
# for the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| CHRISTOPHER SORGI, by and through his next friend Patricia Ann Hernandez,<br><br>    Plaintiff,<br><br>v.<br><br>EAR, NOSE & THROAT CLINIC OF COFFEE COUNTY, P.C.; WESTSIDE SURGERY CENTER, LLC; and JEFFREY L. SILVEIRA, M.D.,<br><br>    Defendants. | CV 520-042 |

### ORDER

Before the Court is the parties' stipulation of dismissal, dkt. no. 31, wherein they notify the Court that they wish to dismiss all claims asserted in this action with prejudice. The stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, all claims asserted in this action are **DISMISSED with prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 20 day of April, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA